# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-1562

_____

United States of America,                    *
                                             *
               Appellee,                     *
                                             *      Appeal from the United States
        v.                                   *      District Court for the
                                             *      Southern District of Iowa.
Jorge Magana-Suarez,                         *
                                             *          [UNPUBLISHED]
               Appellant.                    *

_____

Submitted: March 20, 2006
Filed:  March 20, 2006

_____

Before MELLOY, FAGG, and BENTON, Circuit Judges.

_____

PER CURIAM.

Jorge Magana-Suarez (Magana) appeals the 30-month sentence the district court[1] imposed upon his guilty plea to illegal re-entry after deportation in violation of 8 U.S.C. § 1326(a). Magana's counsel has moved to withdraw and filed a brief under Anders v. California, 386 U.S. 738 (1967), questioning the reasonableness of the sentence (which was at the top of the advisory Sentencing Guidelines range) in light of Magana's cultural assimilation.

_____

[1]The Honorable Ronald E. Longstaff, Chief Judge, United States District Court for the Southern District of Iowa.

We conclude the sentence is not unreasonable.  See <u>United States v. Haack</u>, 403 F.3d 997, 1004 (8th Cir.) (standard of review), <u>cert. denied</u>, 126 S. Ct. 276 (2005). The district court calculated the Guidelines imprisonment range and took that range into account, along with other 18 U.S.C. § 3553(a) factors and Magana's cultural-assimilation argument, in determining the sentence.  See <u>United States v. Booker</u>, 543 U.S. 220, 260-62 (2005) (§ 3553(a) factors will guide reasonableness review).

Having reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75, 80 (1988), we find no nonfrivolous issues.  Accordingly, we grant counsel's motion to withdraw, and we affirm.

_____